# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEASHA REID PELKA, AN INDIVIDUAL,

     Appellant,

vs.

COLE MT LAS VEGAS NV LLC; WAL-MART STORES, INC.; AND #3473 WAL-MART STORES, INC.,

     Respondents.

No. 72423

**FILED**

JAN 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
  Thomas J. Tanksley, Settlement Judge
  Kurth Law Office
  Phillips, Spallas & Angstadt, LLC
  Gordon & Rees Scully Mansukhani LLP
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947